UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMPETITIVE ENTERPRISE INSTITUTE,<br><br>     Plaintiff,<br><br>           v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>     Defendant. | No. 1:15-cv-553-RDM |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Competitive Enterprise Institute, with the concurrence of Defendant, the United States Department of State, voluntarily dismisses all claims with prejudice pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii).

Dated: July 20, 2016

Respectfully submitted,

| | |
|---|---|
| s/ Hans Bader <br> HANS BADER <br> D.C. Bar No. 466545 <br> SAM KAZMAN <br> D.C. Bar No. 946376 <br> COMPETITIVE ENTERPRISE <br>     INSTITUTE <br> 1899 L Street, NW, 12th Floor <br> Washington DC 20036 <br> (202) 331-1010 <br> Hans.Bader@cei.org <br> Sam.Kazman@cei.org <br> <br> CHRISTOPHER HORNER <br> D.C. Bar No. 440107 <br> 1489 Kinross Lane <br> Keswick, VA 22947 <br> (202) 262-4458 <br> CHornerLaw@aol.com <br> <br> Attorneys for Plaintiff | BENJAMIN C. MIZER <br> Principal Deputy Assistant Attorney General <br> <br> CHANNING D. PHILLIPS <br> United States Attorney <br> <br> MARCIA BERMAN <br> Assistant Director, Federal Programs Branch <br> <br> s/ James D. Todd, Jr. <br> JAMES D. TODD, Jr. <br> U.S. DEPARTMENT OF JUSTICE <br> Civil Division, Federal Programs Branch <br> Washington, D.C. 20530 <br> (202) 514-3378 <br> james.todd@usdoj.gov <br> <br> Attorneys for Defendant |